JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>101,820.00 IN UNITED STATES CURRENCY AND ONE ISSC M22 .22 CALIBER PISTOL WITH SERIAL NUMBER A02356,<br><br>    Defendants. | NO. 2:22-CV-02679-JVS-PLA<br><br>CONSENT JUDGMENT OF FORFEITURE [13] |

    Plaintiff, the United States of America ("the Government or the Plaintiff"), and Potential Claimant Tzu Yang Lin ("Potential Claimant") have made a stipulated request for the entry of this Consent Judgment.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

    1.   The Government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of

this Court.  Potential Claimant has filed a claim and an answer. The Government has not received any other claims or answers, and the time for filing claims and answers has expired.  This Court has jurisdiction over the Potential Claimant Tzu Yang Lin. Potential Claimant has agreed to the forfeiture of $101,820.00 in United States Currency.  Any potential claimants to the Defendant Currency other than Tzu Yang Lin are deemed to have admitted the allegations of the complaint.  Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by the Potential Claimant, nor should this consent judgment be admitted in any criminal proceeding against the Potential Claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the currency.

2.   $50,910.00 of the seized currency, without interest, shall be released to the Potential Claimant through his counsel.

3.   If the Government elects to make the payment of $50,910.00 by check, the check shall be payable to "Louis J. Shapiro, Esq." and mailed to Louis J. Shapiro at 10100 Santa Monica Blvd., Suite 300, Los Angeles, CA 90067.  If the Government elects to make the payment by wire transfer, the funds shall be wire transferred to the Account of Louis J. Shapiro.  Upon request from the Government, the Potential Claimant, through his attorney, shall provide personal identifiers and the necessary bank information to complete the transfer.

4.   The remaining $50,910.00 of the seized currency, together with all interest earned by the Government on the total amount of Defendant Currency, is hereby forfeited to the Government, and no other right, title, or interest shall exist

1  therein.  The Government shall dispose of the Defendant Currency
2  in accordance with law.
3      5.   The Court finds that there was reasonable cause for the
4  seizure of the currency and the institution of this action.  This
5  judgment constitutes a certificate of reasonable cause pursuant to
6  28 U.S.C. § 2465.
7      6.   Each of the parties shall bear its own fees and costs
8  incurred in connection with this action.
9      IT IS SO ORDERED

Dated: August 04, 2022

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Prepared by:

STEPHANIE S. CHIRSTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ *Dan G. Boyle*
DAN G. BOYLE
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**Cc: Fiscal**

3